1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for PATRICK MARES**
5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 **PATRICK MARES,**                )    CASE NO.:   Civ S. 2:06-CV00534 KJM
                                     )
11                      Plaintiff,   )    **Stipulation and Order Extending Time to**
                                     )    **File and Serve Motion**
12 **vs.**                           )
                                     )
13 **Joanne B. Barnhart, Commissioner of** )
   **Social Security,**              )
14                                   )
                        **Defendant.** )
15                                   )

16

17

18       IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, and with the permission of the Court as evidenced below, that the

20 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

21 extended to the new filing date of January 15, 2007.  The extension is needed due to press of

22 business in plaintiff's attorney's office.

23

24

25

26

27

28

This is the 2nd request for extension by plaintiff.

Dated: 12/15/06                                        /s/Peter Brixie
                                                       PETER BRIXIE
                                                       Attorney at Law

                                                       Attorney for Plaintiff

Dated: 12/18/06
                                               By:     /s/Katherine Loo
                                                       KATHERINE LOO
                                                       Special Assistant U. S. Attorney

                                                       Attorney for Defendant

                                    __ooo__

APPROVED AND SO ORDERED

Dated:  December 19, 2006.

_____
U.S. MAGISTRATE JUDGE